# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUSSELL PIKE,<br><br>　　　　　Defendant. | 2:09-CR-147 JCM (GWF) |

## ORDER

Presently before the court is the United States of America's request to amend proposed government's trial exhibits. (Doc. #101). Counsel for the government has spoken to defense counsel, and defense counsel does not have any objection. (Doc. #101).

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States of America's request to amend proposed government's trial exhibits (doc. #101) be, and the same hereby is, GRANTED.

DATED March 23, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**