# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUSSELL PIKE,<br><br>    Defendant. | 2:09-CR-147 JCM (GWF) |

**ORDER**

Presently before the court is defendant Russell Pike's request to amend proposed trial exhibits. (Doc. #103). Counsel for the government does not have any objection. (Doc. #103).

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Russell Pike's request to amend proposed trial exhibits (doc. #103) be, and the same hereby is, GRANTED.

DATED March 26, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**