UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) 2:09-CR-0147-JCM-GWF |
| | ) |
| RUSSELL PIKE, | ) |
| | ) |
| Defendant, | ) |

**ORDER**

This court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the clerk of court.

Dated May 3, 2012.

_____
JAMES C. MAHAN, U.S. DISTRICT JUDGE