# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUSSELL PIKE,<br><br>    Defendant | 2:09-CR-147-JCM-GWF |

## **ORDER**

THIS MATTER COMES BEFORE THE COURT on Defendant Russell Pike's Motion for New Trial. [**Docket No. 158**] In his Motion for New Trial, defendant petitions the Court to set aside the verdict that it entered at the conclusion of a six-day bench trial and order a New Trial or take additional testimony under Federal Rule of Criminal Procedure 33(a).

Having considered the defendant's motion, the government's response [**Docket No. 170**], and defendant's reply [**Docket No. 178**], and having heard arguments of counsel on the matter on August 8, 2012, the Court finds that the defendant has not established that the interests of justice require a new trial or additional testimony in this case.

**THEREFORE,** defendant's Motion for New Trial is denied.

**SO ORDERED** this 13th day of August, 2012.

_____
The Honorable James C. Mahan
United States District Court Judge