DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
TIMOTHY S. VASQUEZ
Assistant United States Attorneys
333 Las Vegas Blvd. South, Ste 5000
Las Vegas, Nevada 89101
(702) 388-6336

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:09-cr-00174-JCM-GWF |
|---|---|
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| RUSSELL PIKE, | |
| Defendants. | |

The United States files a proposed order for defendant's Motion for Bond Pending Appeal.

RESPECTFULLY SUBMITTED this 6th day of September, 2012.

                                              DANIEL BOGDEN,
                                              United States Attorney

                                                   /s/
                                              NICHOLAS D. DICKINSON
                                              TIMOTHY S. VASQUEZ
                                              Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:09-cr-00174-JCM-GWF |
|---|---|
| Plaintiff, | |
| vs. | |
| RUSSELL PIKE | **ORDER** |
| Defendant. | |

THIS MATTER COMES BEFORE THE COURT on the defendant Russell Pike's Motion for Bond Pending Appeal. [**Docket No. 193**]. Having considered defendant's motion, the government's response [**Docket No. 195**], and defendant's reply [**Docket No. 196**], and having heard arguments of counsel on the matter on September 4, 2012, the Court finds the following: Defendant has established by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community. Defendant has not shown that his appeal will raise a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeals process.

**THEREFORE** defendant's Motion for Bond Pending Appeal is denied and defendant is continued on present terms of release until the time of his self-surrender date on Tuesday, December 4, 2012, at 12:00 p.m.

**SO ORDERED** this  10th  day of September, 2012.

*James C. Mahan*

The Honorable James C. Mahan
United States District Court Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28